## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>HERNANDEZ CAMACHO, GEORGINA<br><br>DEBTOR(S) | CASE NO.: 09-10666-ESL<br>JUDGE: ENRIQUE S. LAMOUTTE INCLAN<br><br>(CHAPTER 7) |
|---|---|

### TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on November 2, 2011. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** ☐ Yes ☒ No  **Track** 1, 2, 4
**Exemptions as claimed in Schedule C allowed.** ☐ Yes ☐ No *(partly)*
**Creditor(s) Present** ☐ Yes ☒ No

**Attorney's Information**
Present with Debtor(s) was
☐ Attorney of Record
☒ Other: Michelle Vega, Esq.
☐ Pro-Se

**Debtor to amend within ___ days the following:**
☐ A, ☐ B, ☐ C, ☐ D, ☐ E, ☐ I & J, ☐ Other
☐ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within ___ days:**
☐ Documents on Real Property        ☐ Documents on Vehicle
☒ Appraisal ☐ Title Search ☐ Mortgage Balance ☐ Evidence of Value ☐ Loan Pay-Off ☐ Registration
Other: (1) recent valuation of real property (3) declaration under penalty (2) bank statements Oct + present 2011 of party to use (4) refinancing proceeds + proceeds of sale.

**Trustee further requests that:**
☐ Case be closed as no-asset as of the date of §341(a) meeting.        ☐ Upon receipt of documents.
☐ Case be held open for potential asset recovery.
☒ Case be RESET the §341(a) Meeting
  ☒ On the 10th day of Nov., 2011, at 8:30 am
  ☐ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
    ☐ Debtor(s) failed to appear.
    ☐ Attorney for Debtor(s) failed to appear.
    ☐ Further testimony or material is needed.

☐ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
☐ Failure to provide complete: ☐ Schedules, ☐ Statement of Affairs, ☐ Mailing Lists,
☐ Description of estate assets.
☐ Failure of ☐ Debtor(s) ☐ Counsel to appear at:
  ☐ initial, ☐ subsequent creditor meetings.

Dated: November 2, 2011

/s/ Noemi Landrau-Rivera
Noemi Landrau-Rivera, Trustee